# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ZEBROWSKI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PHILIP GUTIERREZ, WARDEN,<br><br>　　　　　Respondent. | NO. CV 11-9254-VAP (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objection to the Report.  The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.  The Court accepts the findings and recommendations set forth in the Report.

　　　　IT IS ORDERED that: the Petition is denied; and Judgment shall be entered dismissing this action with prejudice.

DATED: Dec 11 2013

　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE