# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ZEBROWSKI,<br><br>    Petitioner,<br><br>    v.<br><br>PHILIP GUTIERREZ, WARDEN,<br><br>    Respondent. | NO. CV 11-9254-VAP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Dec 11 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE